1
2
3
4

RIMÔN, P.C.
Ivan L. Tjoe (SBN 203420)
ivan.tjoe@rimonlaw.com
2029 Century Park East, Suite 400N
Los Angeles, California  90067
Telephone:   (213) 314-2938
Mobile:       (213) 447-2424

5
6
7
8

RIMÔN, P.C
Jonathan N. Rosen (SBN 162607)
jonathan.rosen@rimonlaw.com
1717 K Street NW, Suite 900
Washington, D.C. 20006
Telephone:  (202) 400-3846

9

Attorneys for Plaintiffs

10

11

### UNITED STATES DISTRICT COURT

12

### CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

13

14
15
16
17
18
19

MARK DIAS, an Individual;
SHANGHAI YONGHUA CAPITAL
INVESTMENT MANAGEMENT CO.
LTD., a Chinese entity; SUZHOU
QUANTONG MEDICAL TECH. CO.,
LTD., a Chinese entity; POWERFUL
ANCHOR (CAYMAN) LIMITED, a
Cayman Islands LLC; and YONGYUN
(CAYMAN) LIMITED, a Cayman
Islands LLC,

20

Plaintiff,

21

v.

22
23
24

SPARTAN MICRO, INC., a Wyoming
corporation; ERIC STOPPENHAGEN,
an Individual; THOMAS GARDNER,
an Individual and DOES 1 Through 35,
inclusive,

25

Defendants.

Case No. 8:22-CV-00834-JVS(KESx)

**[~~PROPOSED~~] ORDER RE: JOINT
STIPULATED PROTECTIVE
ORDER**

26
27
28

RIMÔN, P.C.
A Professional Corporation
Los Angeles

1

## **ORDER**

2        Pursuant to the parties' stipulation, the proposed Joint Stipulated Protective Order

3   (Dkt. 34) is **GRANTED**.

4

5   **IT IS SO ORDERED.**

6

7

8   DATED: <u>September 8, 2022</u>        _Karen E. Scott_

9                                      Hon. Karen E. Scott

10                                     United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28