UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SACV 22-00834-JVS(KESx) | Date   May 8, 2023 |
| Title | Mark Dias et al v. Spartan Micro, Inc. et al | |

Present: The
Honorable        **James V. Selna, U.S. District Court Judge**

| Elsa Vargas | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Ivan Tjoe
Jonathan Rosen | David Aveni |

**Proceedings:      Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint [58]**


Cause is called for hearing and counsel make their appearances.   The Court's tentative ruling is issued.   Motion is argued and taken under submission.  An separate order to follow.

| | | |
|---|---|---|
| | 0 | : | 21 |
| Initials of Preparer | | eva |